IN THE U.S. DISTRICT COURT OF CONNECTICUT
New Haven

| | |
|---|---|
| PAUL A. BOYNE | Case No.  3:16MC185  Under Seal |
| v. | USMJ Sarah A.L. Merriman |
| UNITED STATES OF AMERICA | USMJ Joan G. Margolis |

### MOTION TO UNSEAL

The undersigned moves to unseal this case and all related information to allow public scrutiny of what is suspected to be malfeasance of state actors abusing the federal criminal justice system to affect judicial retaliation from the state level, in deprivation of rights under 18 USC §241.

The movant is a target of FBI Lisa Tutty's feigned criminal investigation into free speech of the people.  The investigation appears to be associated with a federal investigation case number 9E-NH-7274619, allegedly related to the Connecticut Intelligence Center, a.k.a. Fusion Center, investigating protected political speech of several unnamed persons, in addition to the undersigned dating to August 2014.

It is public knowledge that USMJ Merriman issued grand jury subpoenas on 23 June 2016 and that USMJ Joan G. Margolis issued at least two search warrants on or before 5 December 2016, the movant requests that these and any other warrants, subpoenas and all government filings be unsealed as the federal government holds no compelling interest to criminalize political speech nor to seek out political critics of state officials.  Public scrutiny of unscrupulous public actors working with public funds in a public forum to defeat the First Amendment, is a First Amendment right.

Based on public statements made by FBI agents under the direction of Special Agent Lisa Tutty on 19 January, an FBI raid executing a search warrant on feigned probable cause for 18 USC §875(c) and 18 USC §2261A, the admitted purpose was based on an unqualified concern for 'escalating memes' about Judge Elizabeth Bozzuto. As members of the Connecticut State General Assembly have voiced public concern of judicial retaliation by judges of the Family Court, the public has cause to examine the file.

The federal activity is in direct opposition to findings of *U.S. v Cassidy, 814 F.Supp.2d 574 (2011)*. Parody 'tweets' on Twitter in political criticism of public figures in public forums are protected under the First Amendment, even under pseudonyms. There is no criminal 'escalation' metric buried in the First. The public can only suspect federal misconduct is afoot.

Wherefore, the aforementioned presented, the government holding no compelling interest to silence political speech, the file must be unsealed so the public and elected representatives of Connecticut can scrutinize the misconduct at hand.

Paul A. Boyne, Pro Se
8105 Creekview Drive
Springfield, VA 22153
571 318 0080
paboyne@gmail.com

cc: AUSA Anastasia King

CLERK OFFICE

U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT
06510

8105 CREEKVIEW 22153